**Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-11-00953-CV

—————————

**GLENDA GOTCH, Appellant**

**V.**

**DAVID TERRY GOTCH, Appellee**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 1998-27953**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order denying a motion for default judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The record contains no final, appealable order. On January 11, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of

jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Boyce.